~~SECRET~~

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

TARIQ MAHMOUD ALSAWAM,

*Petitioner,*

v.

BARACK H. OBAMA, President of the
United States, *et al.*,

*Respondents.*

FILED WITH THE
COURT SECURITY OFFICER
CSO: _____
DATE: _____

Civil Action No. 05-01244 (CKK)

## ORDER
(January 18, 2011)

For the reasons stated in the accompanying Memorandum Opinion,[1] it is, this 18th day of

January, 2011, hereby

**ORDERED** that Petitioner's [218] Motion for Disclosure is DENIED in its entirety; it is

further

**ORDERED** that the Government's [221] Motion to Confirm is GRANTED-IN-PART

and DENIED-IN-PART, as follows:

      (a)    The motion is GRANTED as it relates to the Category 1 Information;

      (b)    The motion is GRANTED as it relates to the Category 2 Information;

      (c)    The motion is GRANTED as it relates to the Category 3 Information, with

           the exception of the Category 3 Excluded Statements;

      (d)    The motion is DENIED WITHOUT PREJUDICE as it relates to the

           Category 3 Excluded Statements; and

---

[1] The Court incorporates herein the defined terms in the accompanying Memorandum
Opinion.



~~SECRET~~

~~SECRET~~

(e)     The motion is otherwise DENIED as moot; it is further

**ORDERED** that the Category 1 Information, the Category 2 Information, and the Category 3 Information (with the exception of the Category 3 Excluded Statements), are deemed to be "protected information," as that term is used in the [57] Protective Order in this action; it is further

**ORDERED** that the parties shall promptly meet and confer *in person* regarding the proper designation of the Category 3 Excluded Statements; and it is further

**ORDERED** that, on or before February 21, 2011, the Government shall either (a) file a notice with the Court indicating that an agreement has been reached between the parties as to the proper designation of the Category 3 Excluded Statements, or (b) file a second, and *final*, motion to confirm the protected status of such information addressing the concerns identified in the accompanying Memorandum Opinion.

**SO ORDERED.**

_____/s/_____

**COLLEEN KOLLAR-KOTELLY**
United States District Judge

2



~~SECRET~~